IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 06 332 ML

| | | |
|---|---|---|
| ALAN GREGERMAN COMPANY | ) | |
| | ) | |
| v. | ) | C.A. NO. |
| | ) | |
| STYLE ACCESSORIES, INC. | ) | |

**COMPLAINT**

PARTIES AND JURISDICTION

1. Plaintiff, Alan Gregerman Company, ("Gregerman"), is a Corporation organized and existing under the laws of the State of Rhode Island, with its principal place of business in Warwick, Rhode Island.

2. Defendant, Style Accessories, Inc. ("Style"), is a corporation organized and existing under the laws of the State of Rhode Island.

3. Defendant has the necessary and minimum contacts with the State of Rhode Island to confer jurisdiction on this Court.

4. This is an action arising under the copyright laws of the United States, United States Code, Title 17, U.S.C. Section 101, et seq., and actual controversy existing between Alan Gregerman Company and Style.

5. Jurisdiction in this Court is proper under 28 U.S.C., Section 1331 and 1338, by virtue of this action being a question of Federal Law arising under the copyright laws of the United States, U.S.C., Title 17.

6. Venue is proper under 28 U.S.C., Section 1391, as a substantial part of the events giving rise to the claims occurred in this District.

## BACKGROUND FACTS

7. Plaintiff Gregerman is in the business of designing, creating, manufacturing and selling items of jewelry. One of the items of jewelry Plaintiff created, manufactures, markets and sells throughout the country is the *"4-Stone Crystal Angel",* which is sold as earrings, necklace and pin.

8. The 4-Stone Crystal Angel was created by Plaintiff's employees and/or agent in 1994 and the manufacturing and distribution of same has continued by Gregerman since the date of first publication in September 1994. The 4-Stone Crystal Angel was a wholly original creation of the Plaintiff, by and through its employees and/or agents.

9. On or about March 17, 1996, the Plaintiff applied to the Register of Copyrights for a Certificate of Registration for the 4-Stone Crystal Angel. The application is attached hereto and marked as Exhibits 1 and 2.

## COUNT I
(Copyright Infringement)

10. Plaintiff incorporates Paragraphs 1 through 10 of this Complaint as if fully set forth herein.

11. Style has manufactured, distributed, marketed, advertised sold and continues to manufacture, distribute, market, advertise and sell to the public a product which is a direct copy of the Plaintiff's copyrighted 4-Stone Crystal Angel.

12. By letter, Gregerman, through its attorney, notified Style that its manufacture, distribution, marketing, advertising and sales to the public of the jewelry which is a direct copy of Plaintiff's 4-Stone Crystal Angel, constituted unlawful infringement.

13. By its actions alleged herein Defendant Style has infringed and willfully continues to infringe Plaintiff's in and relating to the 4-Stone Crystal Angel by manufacturing, marketing, distributing, advertising and selling to the retail public products which are direct copies of Plaintiff's copyrighted Rhinestone Angel.

14. Plaintiff is entitled to an injunction restraining Defendant Style, its officers, agents and employees from engaging in further such acts in violation of the copyright laws.

15. Plaintiff is further entitled to recover from Defendant Style, the damages including attorney's fees, it has sustained and will sustain and any gains, profits and advantages obtained by Defendant Style as a result of the acts of infringement as alleged herein.

WHEREFORE, Plaintiff Alan Gregerman Company prays for the following relief:

1. A permanent injunction enjoining Defendant, its employees, agents and assigns from infringing on the Plaintiff's copyrighted design and making or offering for sale or selling the infringing work and ordering the Defendant to recall or remove from places of sale the infringing works;

2. For an accounting of all profits earned by Defendant on the sale of the infringing works;

3. An award of actual damages plus the Defendant profits;

4. An award of statutory damages from the Defendant;

5. An award of costs and attorneys fees; and

6. For such other relief as this Court deems meet and proper.

Plaintiff demands a jury trial and designates Peter P.D. Leach as trial counsel.

Alan Gregerman Company,
By its attorney,

Peter P.D. Leach (RI Bar # 3955)
One Charles Street
Providence, RI 02904
(401) 521-9100

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA VAU

EFFECTIVE DATE OF REGISTRATION

Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**
FOUR-STONE CRYSTAL ANGEL

**NATURE OF THIS WORK ▼** See instructions
JEWELRY DESIGN

**Previous or Alternative Titles ▼**
NONE

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**
NONE

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**
NONE

**NAME OF AUTHOR ▼**
ALAN GREGERMAN

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1951 Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of U.S.A.
Domiciled in RHODE ISLAND

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☒ Jewelry design ☐ Architectural work

Unde[r th]e law, the "[aut]hor" of a "w[ork] made for h[ire]" is gene[rall]y the empl[oye]r, not the e[mp]loyee (see [ins]truc-tions). For any part [of t]his work [th]at was "ma[de f]or hire" chec[k "]Yes" in the s[pa]ce prov[ide]d, give the [em]ployer (or c[othe]r pers[on] for who[m th]e work was [pre]pared) as "[aut]hor" of that [par]t, and leav[e th]e spac[e f]or dates of b[irth] and deat[h b]lank.

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼ Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**Year in Which Creation of This Work Was Completed**
1994 Year
**This information must be given in all cases.**

**Date and Nation of First Publication of This Particular Work**
**Complete this information ONLY if this work has been published.**
Month 09 Day 20 Year 1994
Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Alan Gregerman, Mr, 231 Elm Street, Warwick, R.I. 02888

See [inst]ructions befo[re c]ompleting this [spa]ce.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

FORM VA

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼** **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼** **Account Number ▼**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Alan Gregerman, Mr, Alan Gregerman Co, 231 Elm Street, Warwick, R.I. 02888

Area code and daytime telephone number (401) 785-4330 Fax number (401) 785-4337

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of Alan Gregerman
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.
ALAN GREGERMAN Date 3/17/2006

**Handwritten signature (X) ▼**
X [signature]

**Certificate will be mailed in window envelope to this address:**

Name ▼
ALAN GREGERMAN

Number/Street/Apt ▼
231 ELM STREET

City/State/ZIP ▼
WARWICK, R.I. 02888

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.g[ov], write the Copyright Office, or call (202) 707-3000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Library of Congress
Copyright office
101 Independence Avenue S.E.
Washington, DC
20559-6000

2. Article Number
*(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

APR 04 2006

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540