0 (I . 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of
Rhode Island

ALAN GREGERMAN COMPANY

V.

STYLE ACCESSORIES, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 06 332 ML

TO: (Name and address of Defendant)
Style Accessories, Inc.
c/o/ James O. Reavis, Esq.
55 Dorrance Street, 2nd Floor
Providence, RI 02903

'OU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter P.D. Leach, Esq.
1 Charles Street
Providence, RI 02904

an: er to the complaint which is served on you with this summons, within 20 days after service this ımmons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you · th elief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the erk f this Court within a reasonable period of time after service.

7/19/06

ERI DATE

y) D JTY CLERK

(R 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Summons and complaint was made by me[1] | DATE 7-27-06 |
| VER (PRINT) Ronald Russ | TITLE USDC Civ/STAB/co |

box below to indicate appropriate method of service

☐ rved personally upon the defendant. Place where served: 

☐ ft copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and scretion then residing therein.

ame of person with whom the summons and complaint were left: 

☐ eturned unexecuted: 

☑ ther (specify): SEE 06 332 A/F/S James O Reavis

## STATEMENT OF SERVICE FEES

| | SERVICES | TOTAL |
|---|---|---|
| — | 45— | 45— |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/27/06 Ronald Oliver
Date *Signature of Server*

PO BOX 7588
*Address of Server*

FILED

2006 SEP -5 P 3:45

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

who ay serve a summons see Rule 4 of the Federal Rules of Civil Procedure.