UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALAN GREGERMAN CO

vs. C.A. NO: 06-332ML

STYLE ACCESSORIES, INC.

ORDER

On November 29, 2006 an Order was entered notifying the parties that the above-captioned case would be dismissed without prejudice within 15 days for lack of prosecution. Fifteen days having elapsed without any response to the Court's Order,

It is now ORDERED that this action is hereby dismissed without prejudice.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
December 18, 2006

Entered as an Order of this Court on December 18, 2006

Barbara Barletta
Deputy Clerk