**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ALAN GREGERMAN COMPANY<br>Plaintiff | : | |
| v. | : | C.A. No. 06-332ML |
| STYLE ACCESSORIES, INC.<br>Defendant | : | |

**VOLUNTARY DISMISSAL**

The plaintiff, Alan Gregerman Company, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby dismisses its Complaint and all claims in this matter, with prejudice, no answer or summary judgment having been filed or served by the defendant.

ALAN GREGERMAN COMPANY

By Its Attorney,

[signature]

Peter P.D. Leach, Esq. (#3955)
One Charles Street
Providence, RI 02903
401-521-9100 Telephone
401-521-9120 Facsimile

Date: 12/12/2006